Katie Marchant, OSB No. 161147
333 SW Taylor St., Ste. 300
Portland, OR 97204
Phone: (615) 585-7603
Email: katie@marchantlawllc.com
Attorney for Raymond Allen Stavig

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Raymond Allen Stavig,<br><br>Defendant. | Case No. 3:24-cr-00414-IM<br><br>DECLARATION OF COUNSEL IN SUPPORT OF SENTENCING MEMORANDUM |

I, Katie Marchant, for my declaration pursuant to U.S.C. § 1746, state:

1) I represent Raymond Allen Stavig in the above-captioned case.

2) I make this declaration in support of Mr. Stavig's sentencing memorandum and to provide an overview of the supporting exhibits.

3) I have knowledge of the matters in this declaration based on (i) my own personal information; (ii) what I have learned reviewing documents; and (iii) what has been relayed to me.

4) <u>Exhibit "1"</u> consists of photographs showing Mr. Stavig's life since his arrest in this case. The pictures that do not include Mr. Stavig were taken by him.

5) Exhibit "2" consists of letters of support from community members, as well as statements made by individuals in support of Mr. Stavig. The letters are designated 2(a)-(p).

6) Exhibit "3" contains the treatment reports from Mr. Stavig's drug treatment program.

7) Exhibit "4" are Mr. Stavig's medical records related to his seizure. The first seven pages are a discharge summary following his hospitalization in September 2024. The summary documents the injuries Mr. Stavig sustained, including traumatic brain injury, brain bleed and seizure, and shows that he was prescribed anti-seizure medication. The following pages are records from Mr. Stavig's medical appointments following crash on May 20, 2026. His medical record number has been redacted.

8) Exhibit "5" is Dr. Stanulis' report summarizing Mr. Stavig's medical records with respect to his seizure history followed by his CV.

9) Exhibit "6" are documents related to the Oregon Reentry Project. These illustrate the concrete efforts that Mr. Stavig has taken and demonstrate his commitment to seeing this project through.

10) Exhibit "7" contains the indictment, probable cause affidavit, and judgment from *State of Oregon v. Devin Rose*, Multnomah County Circuit Court Case Number 23CR49634. Devin Rose was charged with and convicted of second-degree murder. Immediately following the shooting, Mr. Rose left the murder weapon in a bag on Mr. Stavig's front porch. Mr. Stavig and his wife called the police to report the gun, and they provided the police with Ring camera footage, which allowed the police to identify Mr. Rose. As the indictment shows, Jen Hemenway (who at that time went by her maiden name, Jen Coffelt) testified before the grand jury. This information is relevant to the context in

which Mr. Stavig's offense occurred. After reporting Mr. Rose to the police, Mr. Stavig feared retribution and unlawfully obtained a handgun for self-defense.

11) Exhibit "8" consists of the results from the two urine samples that Mr. Stavig provided on May 20, 2026. The first is the positive result from the sample that Mr. Stavig provided to his pretrial release officer around noon. The second is the negative result from the sample that Mr. Stavig provided to his state probation officer approximately two hours later.

12) Exhibit "9" consists of forensic toxicologist's Ken Meneely's report describing his review of the urine sample that tested positive for alcohol. The lab report that he reviewed and his CV are also included.

//

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Respectfully submitted October 12, 2026

*/s Katie Marchant*
Katie Marchant, OSB 161147
Attorney for Raymond Allen Stavig