# Ray successfully completed drug treatment on March 28, 2025




*His clean date is October 17, 2024.*

# Family trip to Seattle – March 2025



Ray, Isabel (Izzy), and Jennifer (Jen) at a Mariners game




Ray and Izzy at the Mariners game



Izzy and Ray on the ferris wheel

*On a family trip to Seattle, Ray proposed to Jen.*

# Jen and Ray's Wedding


Ray's father Bruce (far right) officiated the ceremony


Exchanging rings


Ray and Jen

*Jen and Ray got married at Ray's aunt's house in Canby on Thanksgiving in 2025.*

# Wedding Reception



Izzy, Ray, and Jen



Ray and Jen




Izzy and Ray

*Celebrating with extended family after the ceremony.*

# Wedding Reception (cont'd)




The reception



The reception

# Family Trips



Family trip to the coast



Father-daughter trip to the coast



Izzy, Ray and Wilson



Jen and Ray

*Weekends at the Oregon Coast.*

# At Home



Ray and Izzy at home



Izzy's 16th birthday



Izzy with Tater and Canella



After Jen's ankle surgery

*Everyday family life: birthdays, hanging out and taking care of each other.*

# Family Outings



Izzy and Jen on the PDX Spirit for Jen's birthday (photo credit: Ray)



Izzy and Ray at the park



Ray and Izzy at Cinco de Mayo, 2025

# Ray and Izzy – Learning to Drive



The day Izzy got her permit




The day Izzy got her license

*Ray taught Izzy to drive. He was with her when she passed the test for her learner's permit, and he was with her when she passed the driving test one year later.*

# Ray and Izzy – Time Together



Izzy and Ray at a Blazer game



Izzy and Ray at a Blazer game



Ice skating together




Ice skating together

*To Izzy, Ray is not just her stepfather. "He is my dad."*

# Izzy's Softball




Izzy's first-ever game




Izzy's first home game at Sandy High School



Izzy's first away game

*Ray encouraged Izzy to try out for softball. He has been to nearly all of her games and helped coach her freshman-year team.*

# Izzy's Softball (cont'd)



Ray behind the plate



Jen and Ray attend the team's end-of-season banquet




Ray and Jen take Izzy (left) and teammate Shane to dinner after a game

*Ray even umpired some of Izzy's games. He and Jen celebrated the team's success with Izzy and her teammates.*

# Extended Family



Christmas at Jen's mom's



Family road trip to see Jen's and Ray's parents



Family night out at Bullwinkle's

*Ray has reconnected with his adoptive family and established a close relationship with Jen's as well.*

# Extended Family (cont'd)




Ray and Gage at Gage's last high school football game



Ray and his nephews at Gage's wrestling tournament




Ray with Izzy and her cousin Nico at Gage's tournament

*Ray's stepson Gage lives in Eastern Oregon, and Ray shows up for him as much as he can.*

# Family Camp



Jackie (Ray's adoptive mom)



Celebrating his dad's 80th birthday



Ray and his nephews




Family Camp

*Every year, Ray's parents host "Family Camp," a multi-day gathering for the whole extended family. In 2025, it was also Ray's dad's 80th birthday.*

# Family Camp (cont'd)



Family Camp



Izzy in the fashion show Jackie organized for the kids

# Dr. Chimney



Ray at work



The first chimney Ray built by himself



One of Ray's completed fireplace installations

*Ray co-owns and helps manage Dr. Chimney, a chimney and fireplace repair and installation business he started with James Stephens in 2023.*

# Gresham-Barlow Youth Baseball & Softball


League championship game, June 2026



League championship game


Behind the plate



Ray with fellow official Tony

*Ray has umpired for Gresham-Barlow Youth Baseball & Softball for three years and helps train its new umpires.*

# Tournaments




National tournament in Arizona




Oregon State Little League Tournament



Tri-Cities tournament: conferring with coaches

*Ray is asked to officiate tournaments throughout the West.*

# Softball Tournaments



Mother's Day tournament at Nelson High School



USA Softball at Canby High School



USA Softball at Canby High School

*Ray also officiates softball games and tournaments through USA Softball.*

# Charity Events




Home Field Foundation's "Play for Kai" charity tournament




Team carwash fundraiser




Charity game Ray helped organize vs. Canby HS

*Ray volunteers at charity tournaments like the Home Field Foundation's "Play for Kai." He helps organize softball fundraisers like "Strikeout Cancer," which raised money for breast cancer. He also helps the kids with car washes and other events to raise money to defray the cost of sports.*

# Coaching – Hoops Source and Flight Club Elite Shooters


Team photo, beginning of the season



End-of-season team photo, Aug. 2025



Team photo, second season

*Ray helped coach the third and fourth graders on the Elite Shooters youth basketball team.*

# Basketball Referee



8th grade basketball at Lakeridge, Nov. 2025




8th grade basketball, Dec. 2025




With Donovan and his mom, Feb. 2025

*Ray also referees youth basketball games.*

# High School Football Referee



Ray on the field


First football game, Sept. 27, 2026



OSAA referee patch



Football officiating

*This fall, Ray began officiating high school football.*

# Teddy Bear Parade 2025



View from their float



Ray and Jose (baseball coach and Franklin High School teacher) on the float




Teddy Bear Parade post, 2025

*Ray rides with Gresham-Barlow Youth Baseball & Softball in Gresham's annual Teddy Bear Parade.*

# Teddy Bear Parade 2026



The GBYBS float group




Ray and Jose (baseball coach and Franklin High School teacher)



With softball coach Shelley

*In September 2026, Ray was back on the Gresham-Barlow Youth Baseball & Softball float with players, coaches, and fellow umpires.*

# Ray and the Players



With Charlie, a player



Enrique and Evan, two of the kids that Ray trained in umpiring




Ray and Jamison after a game, Aug. 2026

*Ray loves working with kids and encouraging them to stick with sports. He is one of West Coast Premiere Baseball's most requested umpires, and players light up when they see him coming to the field.*

# Activities with Family Friends


Jason and Samantha at Mt. Hood


Ray and Izzy, Mt. Hood trip, winter 2024


Liam at Mt. Hood


Timbers game with Israel, July 2026

*Ray's friendships today are built around family, sports, and the outdoors.*

# Family Friends (cont'd)



Liam and Ray at the Rose Festival




Ray and Jen with Izzy and her friend Gracelyn



Ray and Jen take Izzy and Gracelyn bowling

*Outings with friends and their families, from the Rose Festival to bowling night.*

# Family Friends (cont'd)




Ray, Jen and friends Samantha, Jason and Liam (photo credit: Izzy)




Ray, Izzy and Jen

*A night out at a haunted house with Jen, Izzy, and friends.*

# Family Friends (cont'd)



Ray helped the Lopez family prepare for the restaurant's grand opening the next day

*Ray first met the Lopez family (pictured above) through their daughter Jenny (next to Ray), who was Izzy's teammate and friend. Ray also coached her little brother, Ladi (back row center), in basketball. Ray often helps out at the Lopez family's restaurants.*


SD